IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03502-MSK-BNB

ALLEN SHAIN, and
KAREN SHAIN,

Plaintiffs,

v.

ONEWEST BANK, F.S.B. f/k/a IndyMac Federal Bank, F.S.B.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANSUNION LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order to Extend Case Deadlines** [docket no. 61, filed July 3, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 7, 2014**;

Discovery Cut-off:                                                 **November 7, 2014**;

Dispositive Motions Deadline:                          **December 7, 2014**.

DATED: July 7, 2014