IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-03502-MSK-BNB

ALLEN SHAIN; and
KAREN SHAIN,

      Plaintiffs,

v.

ONE WEST BANK, F.S.B., f/k/a IndyMac Federal Bahnk, F.S.B.;
EQUIFAX INFORMATION SERVICES, LLC;
TRANSUNION LLC; and
EXPERIAN INFORMATION SOLUTIONS, INC.;

      Defendants.

---

## ORDER DISMISSING CLAIMS AS TO DEFENDANT TRANS UNION LLC

---

      THIS MATTER comes before the Court on the Stipulation of Dismissal of Party Trans Union LLC (#75).  Having reviewed the Stipulation,

      **IT IS ORDERED** that all claims asserted by Plaintiffs against Defendant Trans Union LLC are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.  All future captions shall omit Defendant Trans Union LLC.

      DATED this 8th day of October, 2014.

                         **BY THE COURT:**

                         _____

                         Marcia S. Krieger
                         United States District Court