IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-03502-MSK-BNB

ALLEN SHAIN; and
KAREN SHAIN,

      Plaintiffs,

v.

ONE WEST BANK, F.S.B., f/k/a IndyMac Federal Bank, F.S.B.; and
EQUIFAX INFORMATION SERVICES, LLC,

      Defendants.

___

**ORDER DISMISSING CLAIMS AGAINST ONE WEST BANK, F.S.B. F/K/A INDYMAC FEDERAL ANK, F.S.B.**

___

THIS MATTER comes before the Court on the Stipulation of Dismissal of Defendant One West Bank, F.S.B. f/k/a IndyMac Federal Bank, F.S.B. (Stipulation) **(#78)**. Having reviewed the Stipulation,

**IT IS ORDERED** that any and all claims asserted by Plaintiff against Defendant One West Bank, F.S.B., f/k/a IndyMac Federal Bank, F.S.B. are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs. All future captions shall so reflect.

DATED this 21st day of October, 2014.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*

                                              Marcia S. Krieger
                                              United States District Court