IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03502-MSK-BNB

ALLEN SHAIN, and
KAREN SHAIN,

Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES, LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)     **Plaintiffs' Unopposed Motion to Extend Scheduling Order Deadlines** [Doc. # 84] is GRANTED.

(2)     The case schedule is modified to the following extent:

        Discovery cut-off:                December 22, 2014

        Dispositive motion deadline:       January 21, 2015.

(3)     No further extensions will be allowed.

DATED:  November 5, 2014